**Motions Dismissed; Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed November 7, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00761-CV

---

## IN RE FARIBORZ SHOJAI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-50900**

---

## MEMORANDUM MAJORITY OPINION

On October 14, 2024, relator Fariborz Shojai filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate the trial court's August 9, 2024 order granting real party in interest Morrell Masonry Supply Inc.'s partial summary judgment and the trial court's August 16, 2024

denial of relator's motion for summary judgment. On October 24, 2024, relator filed what appears to either amend or supplement his petition for writ of mandamus requesting this court "to declare the notice of lis pendens on 1628 Potomac, Houston, TX is moot, void and null . . . ."

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. All pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson (Spain, J., dissenting).